Judge John H. Chun
Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVON OLIVERE,

    Petitioner,

v.

MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; NATHALIE ASHER, Seattle Field Office Director, United States Citizenship and Immigration Services; WARDEN of Immigration Detention Facility; and the U.S. Immigration and Customs Enforcement,

    Respondents.

NO. C23-215-JHC-TLF

STIPULATED DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Comes now, Petitioner Kevon Olivere, through Assistant Federal Public Defender Gregory Murphy, United States Attorney Nicholas Brown and Assistant United States Attorney Michelle R. Lambert, jointly stipulate and agree as follows:

WHEREAS on February 17, 2023, Kevon Olivere, Petitioner, filed a habeas petition challenging his continued immigration detention.  Dkt. No. 1.

WHEREAS Kevon Olivere, Petitioner, was released from custody on an order of supervision on February 22, 2023.

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Kevon Olivere*, C23-215-JHC-TLF) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   WHEREAS the parties agree that Petitioner's release rendered the habeas
2   petition moot. *See Abdala v. Immigration and Naturalization Service,* 488 F.3d 1061,
3   1065 (9th Cir.2007).
4   WHEREAS the parties agree that this action should be dismissed as moot
5   without fees or costs to either party.
6   WHEREAS the parties, through their respective counsel of record, do hereby
7   stipulate and agree, and respectfully request, that the Court make and enter the
8   following order:
9   1. Petitioner's petition is hereby denied and dismissed as moot without fees or
10  costs to either party.

SO STIPULATED
DATED this 27th day of February, 2023.

Respectfully submitted,

NICHOLAS BROWN
United States Attorney

s/ *Michelle R. Lambert*
Michelle Lambert, WSBA No.
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 253-428-3824
E-mail: michelle.lambert@usdoj.gov

*Attorneys for Respondents*

s/ *Gregory Murphy*
Gregory Murphy, WSBA No. 36733
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: gregory_murphy@fd.org

*Attorney for Petitioner*

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Kevon Olivere*, C23-215-JHC-TLF) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

ORDER

It is hereby ORDERED that this case is dismissed without prejudice and without an award of fees and costs to either party.

Dated this 27th day of February 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Recommended for entry this ___ day of _____, 2023.

_____
THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Petitioner

/s/ *Michelle Lambert*
Assistant United States Attorney
Attorney for Respondents

STIPULATED DISMISSAL OF PETITION
FOR WRIT OF HABEAS CORPUS
(*Kevon Olivere*, C23-215-JHC-TLF) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100